Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd., Ste. 5
Chandler, AZ 85226-4687
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Timothy G. Parker, | No. CV16-2406-PHX-SRB |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| Healthcare Revenue Recovery Group, LLC, *et al.*, | |
| Defendant. | |

Plaintiff, by and through counsel, hereby gives notice that the parties have reached a settlement in this action. Upon execution of the settlement documents, the parties will file the appropriate dismissal documents with the court.

/ / /

/ / /

DATED   November 7, 2016  .

             s/ Floyd W. Bybee  
Floyd W. Bybee, #012651  
**BYBEE LAW CENTER, PLC**  
90 S. Kyrene Rd., Ste. 5  
Chandler, AZ 85226-4687  
Office: (480) 756-8822  
Fax: (480) 302-4186  
floyd@bybeelaw.com

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned certifies that on  November 7, 2016 , a copy of this document was electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Kendall W. Carter<br>KING & SPALDING LLP<br>1180 Peachtree St, NE<br>Atlanta, GA 30309-3531 | Stewart Salwin<br>Carpenter Hazelwood<br>1440 E. Southern Ave Ste 400<br>Tempe, AZ 85282 |
| Attorneys for Defendant<br>  Equifax Information Services | Attorney for Defendant<br>  Healthcare Revenue Recovery |

by   s/ Floyd W. Bybee