1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

_____

Timothy G. Parker,

   Plaintiff,

v.

Healthcare Revenue Recovery
Group, LLC, *et al.*,

   Defendants.

_____

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

No.  CV16-02406-PHX-SRB

**ORDER**

   Plaintiff and Defendant Equifax Information Services, LLC having stipulated to dismissal of this action against Equifax Information Services, LLC only with prejudice [Doc. 28], and good cause appearing,

   **IT IS HEREBY ORDERED** dismissing this action against Equifax Information Services, LLC only with prejudice, each party to bear its own attorney's fees and costs.

      DATED this 9th day of November, 2016.

         _____
           Susan R. Bolton
         United States District Judge